# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| QIU YU CHEN, | Civil Action No. 09-3137 (PGS) |
| Petitioner | **ORDER** |
| v. | |
| JANET NAPOLITANO, et al., | |
| Respondents | |

This matter having come before the Court on the application of petitioner, Qiu Yu Chen, by and through her attorney, Zhou Wang, Esq., for an emergency order to show cause within three days on a petition of writ for habeas corpus pursuant to 28 U.S.C. §§ 2241 and 2243; and the defendants having responded to such application; and the Court having considered the papers submitted by the parties, and having heard oral argument; for the reasons set forth on the record, and for good cause shown,

IT IS on this 1 day of July, 2009,

ORDERED that petitioner's application for an order to show cause be and hereby is denied; and it is further

ORDERED that petitioner may amend her complaint on or before July 13, 2009.

July 1, 2009

_____
PETER G. SHERIDAN, U.S.D.J.